JOEL M. WESTBROOK (SBN 196578)
joel@mileswestbrook.com
MILES WESTBROOK & DEAL LLP
3390 Mt. Diablo Blvd., Suite 220
Lafayette, CA 94549
Telephone: (925) 938-4500
Facsimile: (925) 938-7007

Attorneys for Plaintiffs
CHERYL MYRICK and MATTHEW RAYMOND MYRICK

RONALD D. KENT (SBN 100717)
ronald.kent@dentons.com
JUSTIN A. MARTIN (SBN 317939)
justin.martin@dentons.com
SABRINA LIM (SBN 335273)
sabrina.lim@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MYRICK and MATTHEW RAYMOND MYRICK,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. **2:22-cv-00112-KJM-DMC**<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE**<br><br>Judge:  Magistrate Judge Dennis M. Cota<br>Date Action Filed:  December 13, 2021 |

The Court, having considered the Stipulation to Extend Discovery Deadline and good cause appearing, hereby orders that the Court's Scheduling Order of June 15, 2022 (ECF #13) is amended as follows:

1. <u>Non-Expert Discovery and Related Motions Cutoff</u>: June 29, 2023

2. <u>Expert Witness Designations</u>: June 22, 2023

3. <u>Rebuttal Expert Witness Designations</u>: July 13, 2023

4. <u>Expert Discovery and Related Motions Cutoff</u>: September 21, 2023

5. <u>Dispositive Motions Cutoff</u>: November 23, 2023

**IT IS SO ORDERED.**

Dated: January 27, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

2

CASE NO. 2:22-cv-00112-KJM-DMC
[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND
DISCOVERY DEADLINE

US_ACTIVE\123039239\V-1